# EXHIBIT A

18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall

## STATE OF MICHIGAN

### IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

ANNE ANTOR,

      Plaintiff,

vs.

Case No. 2018-     -NZ

HON.

JAGUAR LAND ROVER NORTH AMERICA, LLC,

      Defendants.

THE LIBLANG LAW FIRM, P.C.
DANI K. LIBLANG (P33713)
SUSAN M. MARTIN (P47459)
Attorneys for Plaintiff
346 Park Street, Suite 200
Birmingham, MI 48009
(248) 540-9270

### COMPLAINT AND JURY DEMAND

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this complaint pending in this court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action, not between these parties, arising out of the same transaction or occurrence as alleged in this complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a judge in this court.

Plaintiff, by her attorneys, The Liblang Law Firm, P.C., complain against the above named

Defendants, as follows:

### GENERAL ALLEGATIONS

1.     Plaintiff is a resident of the City of Kalamazoo, Kalamazoo County, Michigan.

2.     Defendant, Jaguar Land Rover North America, LLC ("Jaguar" or "Manufacturer"),

is a New Jersey Limited Liability Company present and doing business throughout the State of

Michigan, including Wayne County, and, at all times relevant hereto, was engaged in the

manufacture, sale, distribution and/or importing of Jaguar motor vehicles and related equipment.

3.     On or about June 16, 2015, Plaintiff leased what was represented to be a "new" 2018

Jaguar F-Pace, VIN  SADCM2FV9JA285121 (the "vehicle"), from an authorized Jaguar dealer,

18-015859-NZ FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 12/14/2018 11:14 AM Tashia Marshall

which motor vehicle was manufactured, distributed and/or imported by Defendant Jaguar (see, Application for Michigan Title, Ex. A).

4.     At the time of the lease, Plaintiff executed a lease contract ("Lease") with Defendant's authorized dealer, which lease was assigned by the dealer to JP Morgan Chase Bank (see, Motor Vehicle Lease Agreement, Ex. B).

5.     Where, as here, a defective product is subject to a lease, the manufacturer must indemnify a Plaintiff who successfully assert claims for breach of warranty and/or revocation. See, e.g., *Lycos v Gray Mobile Home Sales, Inc*, 76 Mich App 165, 167-168; 256 NW2d 63, 65 (1977).

6.     At the time of delivery, the aforesaid vehicle was covered by Defendant Jaguar's written express new vehicle warranty for a period of 60 months/60,000 miles (see, Passport to Service, Ex. C).

7.     Within the time and mileage parameters of the Defendant's written new vehicle warranty, Plaintiff presented the vehicle to Defendant Manufacturer's authorized dealers for diagnosis and repair of various defects and non-conformities which prevented the vehicle from conforming to Defendant Manufacturer's express warranties, and which substantially impair the use, value and safety of the vehicle, to-wit:

**[SEE CHART NEXT PAGE]**

2

18-015859-NZ FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 12/14/2018 11:14 AM Tashia Marshall

| DATE | MILES | DAYS | CUSTOMER CONCERN | REPAIR ATTEMPT |
|------|-------|------|------------------|----------------|
| 05/25/18-05/25/18 | 2930/2930 | 1 | Phone shows connection but will not pair at times. Screen dark at times or only has partial information for sources. Screen not fully loading. Owner has iphone x software<br><br>Radio will switch to FM at times without owner changing source. When phone connected to USB then disconnected owner concerned will not return to the same source each time. May be SAT or FM, not the same each time | Infotainment concerns performed pathfinder self test and found no infotainment codes. Performed TSB JTB0059NAS3. Updated infotainment master controller to latest phase 3 software level. |
| 06/20/18-06/25/18 | 3862/3862 | 6 | Center dash display will go blank when driving, will show back up camera and then stay on when driving down road for entire trip. When driving center screen has gone blank and radio went quiet would not accept input from screen<br><br>Exhaust on pass side is further back than driver side, sticks out from bumper | Infotainment concerns updated infotainment master controller with latest software<br><br><br><br>Square exhaust tips with rear bumper re position bumper to sit square with rear bumper rear mufflers crooked adjusted both rear mufflers |
| 07/24/18-07/24/18 | 5413/5413 | 1 | At times if owner plugs phone into power, BT source will drop from screen and not come back as abail after iphone removed from power cord | Perform software update<br><br>Infotainment software update updated infotainment software level to latest level |

| DATE | MILES | DAYS | CUSTOMER CONCERN | REPAIR ATTEMPT |
|------|-------|------|------------------|----------------|
| 10/18/18-<br>10/26/18 | 9911/<br>9961 | 9 | Inspect Vehicle for customer described concerns and open TA case with reference to Joe Granado for final repair attempt | J1 inspect, see other repair lines |
| | | | Customer notes while driving radio has switched from XM to FM without any input to screen or steering wheel controls | Testing and drive time required by TA case 2640906 to diagnose condition of car and to verify progress of diagnosis<br>Vehicle and test drove extensively. I could not verify any of customers concerns at this time. Changed music from both the phone and touchscreen and could find no faults. Replaced IMC per tech line, see line G |
| | | | At times owner has noted XM radio will play when dash display shows USB as input. Will drop phone bluetooth input during podcast | See other repair lines |
| | | | Adaptive dynamic warning update | Program module for update<br>Program module for update chassis control module-configure existing module<br>Updated software in chassis control module |
| | | | At times owner notes front park sensors not live when backing up | See repair notes below<br>CNV could not verify concern at this time<br>Replace IMC per TA case recommendations |
| | | | | Replaced and reconfigured infotainment control module Fred Auth 1038679 |
| | | | | Infotainment master controller replaced infotainment master controller per technical help line recommendation. Programmed with the number 1038679, Fred approval Number 701AR. |

(see, Repair Orders, Ex. D).

       8.    After Defendant Dealer had had three attempts to repair the same electrical/operating

defect, and the problem continued to exist, Plaintiff sent a statutory "last chance" letter to Defendant

18-015859-NZ  FILED IN MY OFFICE  Cathy M. Garrett  WAYNE COUNTY CLERK  12/14/2018 11:14 AM  Tashia Marshall

Manufacturer pursuant to MCL 257.1403(5)(b) on August 29, 2018 (see, Last Chance Letter and Certified Mail Return Receipt, Ex. E).

9.      Despite notice and reasonable opportunity to repair, the defects and non-conformities continue to exist and are present as of the time of filing this Complaint.

10.     Upon information and belief, at the time of the aforesaid lease of the vehicle to Plaintiff, Defendants knew or had reason to know of the propensity of 2018 Jaguar F-Pace vehicles to suffer the above stated conditions but, failed to inform Plaintiff of these propensities.

11.     As a result of Defendants' inability to properly and timely repair the aforesaid defects and non-conformities, the use, value and safety of the vehicle has been substantially impaired to Plaintiff and Plaintiff has otherwise lost faith in the vehicle.

12.     Plaintiff seeks damages in excess of $25,000 and/or equitable relief and this cause is otherwise within the jurisdiction and venue of this Court.

**COUNT I**

**BREACH OF EXPRESS WARRANTIES**

13.     Plaintiff incorporates by reference all facts and allegations set forth in this Complaint.

14.     The subject vehicle constitutes "goods" under the Michigan Uniform Commercial Code, MCL 440.2105 and/or UCC §2A-103(h).

15.     This is a "transaction in goods" to which MCLA 440.2102 applies and/or a "lease" to which UCC Article 2A is applicable.

16.     Plaintiff's lease of the subject vehicle was accompanied by an express warranty, written and otherwise offered by Defendant under MCL 440.2860, whereby said warranty was part

5

of the basis of the bargain of the contract upon which Plaintiff relied, between Plaintiff and Manufacturer for with respect to Plaintiff's lease of the subject vehicle.

17.     In this express warranty, Defendants warranted that the subject vehicle was "new" in all respects, and that if any defects were discovered within the time and mileage parameters of Defendant Manufacturer's written warranties as set forth above, the vehicle would be repaired within a reasonable time and without charge to Plaintiff.

18.     Within the time and mileage parameters of the aforesaid express new vehicle warranty, Plaintiff experienced the defects, conditions and non-conformities set forth above.

19.     Plaintiff timely notified Defendants Manufacturer and its authorized dealers of the aforementioned defects, conditions and non-conformities and her demand for revocation.

20.     Despite notice and opportunity, Defendants have failed and/or refused to repurchase or replace the subject vehicle as required by law.

21.     Even though the express warranty provided to Plaintiff's limited Plaintiff's remedy to repair and/or adjust defective parts, the subject vehicle's defects have rendered the limited warranty ineffective to the extent that the limited repair and/or adjustment of defective parts failed of its essential purpose, pursuant to MCL 440.2719(2) and/or MCL 440.2953(2) and/or the above remedy is not the exclusive remedy under MCL 440.2719(1)(b) and/or MCL 440.2953(1).

22.     Although the vehicle has been out of service for repairs for more than 10 days, Defendant failed to provide Plaintiff's with a written statement in conformity with MCL 440.2313b, extending the express written warranty as required under said statute.

23.     The defects described herein could not reasonably have been discovered by Plaintiff prior to Plaintiff's acceptance of the subject vehicle and, further, Plaintiff's acceptance was induced

6

by Defendant's representation of the vehicle as "new," as well as Defendant's representations that any defects or non-conformities would be repaired under warranty within a reasonable time.

24. As a result of the aforesaid defects or non-conformities and Defendant's inability to repair same within a reasonable time and provide adequate assurance of performance, Plaintiff has lost faith and confidence in the subject vehicle and Plaintiff cannot reasonably rely upon the vehicle for the ordinary purpose of safe, luxurious and efficient transportation.

25. If the finder of fact finds revocation and/or rejection was improper, then, in the alternative, Plaintiff alleges that as of the date of revocation, the subject vehicle was in substantially the same condition as at delivery except for damage caused by its own defects and ordinary wear and tear. Therefore, Plaintiff is entitled to damages for breach of warranty calculated by the difference at the time and place of acceptance between the value of the goods accepted and the value the goods would have had if they had been as warranted, unless special circumstances show proximate damages of a different amount, together with incidental and consequential damages, less expenses saved in consequence of the lessor's default or breach of warranty.

26. Defendant has refused Plaintiff's demands and has refused to provide Plaintiff with the remedies to which Plaintiff is entitled pursuant to MCL 257.1403, MCL 440.2860, MCL 440.2958, and MCL 440.2969.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Money damages in whatever amount above $25,000, Plaintiff is found to be entitled, plus interest, costs and reasonable attorney fees;

B. Equitable relief, including but not limited to, an Order requiring Defendant Manufacturer to indemnify and hold Plaintiff harmless under the subject lease contract;

7

18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall

18-015859-NZ  FILED IN MY OFFICE  Cathy M. Garrett  WAYNE COUNTY CLERK  12/14/2018 11:14 AM  Tashia Marshall

C.      Such other and further relief as this Court deems just.

## COUNT II

### BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

27.     Plaintiff incorporates by reference all facts and allegations set forth in this Complaint.

28.     Defendant is a "merchant" with respect to motor vehicles under the Michigan Uniform Commercial Code, MCL 440.2104/UCC §2A-103(t).

29.     The subject vehicle was subject to implied warranties of merchantability under MCL 440.2862, and Defendant is barred from disclaiming said warranties under 15 USC 2308(a).

30.     At the time the vehicle left the possession and control of Defendant, the vehicle was not fit for the ordinary purpose for which such goods are used and would not have passed without objection in the trade for the product description due to the vehicle's latent defects and non-conformities as previously set forth, thereby rendering the vehicle unmerchantable.

31.     Defendant failed to adequately remedy the defects in the subject vehicle within a reasonable time and have been unable to provide Plaintiff with adequate assurance of performance, thereby depriving Plaintiff of the benefit of her bargain.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A.      Money damages in whatever amount above $25,000, Plaintiff is found to be entitled, plus interest, costs and reasonable attorney fees;

B.      Equitable relief, including but not limited to, an Order requiring Defendant Manufacturer to indemnify and hold Plaintiff harmless under the subject lease contract;

C.      Such other and further relief as this Court deems just.

8

18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall

## COUNT III

## REVOCATION OF ACCEPTANCE PURSUANT TO
## MCL 440.2967 AND/OR DAMAGES PURSUANT TO MCL 440.2714(2)

32.     Plaintiff incorporates by reference all facts and allegations set forth in this complaint.

33.     The non-conformities described above were latent and not readily discoverable by Plaintiff upon reasonable inspection and, further, Defendant represented that the aforesaid defects and non-conformities would be cured within a reasonable time.

34.     Defendant has failed and/or refused to cure the aforesaid non-conformities within a reasonable time and/or to provide adequate assurance of performance.

35.     The non-conformities substantially impair the use and value of the vehicle to Plaintiff in that the defects or conditions with the vehicle have rendered the vehicle dangerous and unpredictable to operate and has caused Plaintiff to lose faith in the vehicle.

36.     Plaintiff has previously notified Defendant of said non-conformities and Plaintiff's intent to revoke acceptance pursuant to MCLA 440.2967 and/or Plaintiff's request for damages equivalent to a repurchase pursuant to MCL 440.2714(2), to-wit: "These damages include the purchase price of the vehicle . . . and repayment of interest paid on the loan and statutory interest pursuant to MCL 600.6013(8), to the extent that such awards of interest are not duplicative." *Davis v Forest River, Inc.*, 485 Mich 941, 774 NW2d 327 (2009).

37.     Defendant has nevertheless refused to accept return of the vehicle and have refused to refund Plaintiff's payments, together with such incidental and consequential damages as are allowed by law.

9

38.     Plaintiff hereby offers again to tender the vehicle, in exchange for a refund of the down payment and payments made, together with cancellation of the contract, plus incidental and consequential damages.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A.      Money damages in whatever amount above $25,000, Plaintiff is found to be entitled, plus interest, costs and reasonable attorney fees;

B.      Equitable relief, including but not limited to, an Order requiring Defendant Manufacturer to indemnify and hold Plaintiff harmless under the subject lease contract;

C.      Such other and further relief as this Court deems just.

## COUNT IV

### LIABILITY UNDER MAGNUSON-MOSS WARRANTY ACT (15 USC §2301 ET SEQ)

39.     Plaintiff incorporates by reference all facts and allegations set forth in this complaint.

40.     This Court has jurisdiction to decide claims brought under 15 USC §2301 et seq, by virtue of 15 USC §2310(d)(1)(A).

41.     Plaintiff is a consumer as defined in 15 USC §2301(3).

42.     Defendant is a supplier and warrantor as defined in 15 USC §2301(4)(5).

43.     The aforedescribed motor vehicle is a consumer product as defined in 15 USC §2301(6).

44.     The afore described vehicle was delivered subject to a written warranty and/or a service contract as those terms are defined in 15 USC 2301(6) and 2301(8), respectively.

10

45. 15 USC §2301(a)(1), requires Defendant, as warrantor, to remedy any defect, malfunction or nonconformance of the subject vehicle within a reasonable time and without charge to Plaintiff, as defined in 15 USC §2304(d).

46. In connection with the aforesaid transmission failure, which occurred during the time and mileage parameters of Defendant Manufacturer's written express warranty, Defendant failed to adequately repair same under the warranty within a reasonable time and failed to provide adequate assurance of performance.

47. 15 USC §2310(d)(1) permits Plaintiff to bring an action against Defendant for any breach of express or implied warranty arising under state law, as well as any violation of the Act.

48. 15 USC §2308(a) prohibits Defendant from disclaiming the implied warranty of merchantability and 15 USC §2308(c) renders any attempted disclaimer invalid.

49. Despite repeated demands and despite the fact that Plaintiff has complied with all reasonable terms and conditions imposed on Plaintiff by Defendants, Defendant failed and/or refused to remedy within a reasonable time and without charge, the defects or non-conformities heretofore set forth in this Complaint and have failed to provide adequate assurance of performance.

50. As a result of Defendant's breaches of express and implied warranties, Defendant's failure to remedy same within a reasonable time and without charge to Plaintiff, and Defendant's other violations of the Act as set forth in this Complaint, Plaintiff has suffered the damages set forth in this Complaint.

WHEREFORE, Plaintiff prays that this Honorable Court enter its Order requiring Defendant to accept return of the subject vehicle and refund Plaintiff's lease price, together with taxes, insurance premiums, interest, costs and actual attorney fees as provided by 15 USC §2310(d)(2) or

11

in the alternative, that Plaintiff be awarded damages in whatever amount above $25,000 Plaintiff is found to be entitled, plus interest, costs and actual attorney fees.

## COUNT V

### VIOLATION OF MCL 445.901, ET. SEQ.
### (MICHIGAN CONSUMER PROTECTION ACT)

51.    Plaintiff incorporates by reference all facts and allegations set forth in this complaint.

52.    MCL 440.2804(1) provides that "[a] lease, although subject to this article, is also subject to all of the following * * * [t]he Michigan consumer protection act, Act NO. 331 of the Public Acts of 1976, being sections 445.901 to 445.922 of the Michigan Compiled Laws."

53.    Plaintiff is a "person" as defined in the Michigan Consumer Protection Act, MCLA 445.902(c).

54.    The transactions complained of herein constitute "trade or commerce" as defined in the Michigan Consumer Protection Act, MCLA 445.902(d).

55.    In the course of the transactions which are the subject of this lawsuit, Defendant engaged in following unfair, unconscionable or deceptive acts, methods or practices:

(a)    At the time of the aforesaid sale, Defendant knew or had reason to know that the vehicle had defects or non-conformities but, failed to disclose same to Plaintiff;

(b)    At the time of the aforesaid sale, Defendant represented the subject vehicle to be "new," and of good, merchantable quality, free of defects, when in fact it was not;

(c)    Defendant failed to adequately and properly inform Plaintiff of her rights and remedies with respect to the transactions which are the subject of this Complaint;

12

18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall

(d) Defendant misrepresented Plaintiff's rights and/or failed to advise Plaintiff of remedies with respect to the transactions which are the subject of this Complaint, as hereinbefore alleged;

(e) Defendant attempted to disclaim or limit the implied warranty of merchantability and fitness for use without clearly and conspicuously disclosing same;

(f) Defendant attempted to disclaim or limit the implied warranty of merchantability and fitness for use without obtaining Plaintiff's specific consent to the disclaimer or limitation;

(g) Defendant entered into a consumer transaction in which the Plaintiff purportedly waived a right, benefit, or immunity provided by law, without clearly stating the waiver and obtaining Plaintiff's specific consent to the waiver;

(h) Defendant has refused and/or failed to provide promised benefits, including but not limited to benefits that were expressly promised and those benefits implied or imposed by law;

(i) Defendant failed to reveal material facts including but not limited to the nature of the non-conformities and defects complained of herein;

(j) Defendant failed and/or refused to offer a refund of the payments made under the subject contract, in accordance with the applicable law and/or warranties;

(k) Defendant failed and/or refused to promptly refund Plaintiff's money and/or restore their property to them upon their rightful revocation and cancellation of the subject transaction;

13

(l)     Defendant failed and/or refused to provide Plaintiff with a replacement vehicle as required by law, i.e., MCL 257.1403(1)(b);

(m)     Defendant failed to disclose material information, including but not limited to, the technical service bulletins, special service messages, recall documents, consumer complaints and other information which Defendant knew or should have known concerning the subject vehicle.

56.     The above described conduct violated the Michigan Consumer Protection Act, specifically but not limited to MCL 445.903 and the sub-paragraphs contained therein.

57.     Upon information and belief, the aforesaid violations were not due to a bona fide error, inasmuch as Defendant failed to have appropriate procedures in place designed to prevent the aforesaid violations and, further, engaged in the same unfair and deceptive acts or practices in connection with the sale and/or lease and repair of vehicles to other consumers.

58.     As a result of the Defendant's actions above Plaintiff has suffered a loss within the meaning of the Act, both monetary and non-monetary, and are also entitled to statutory damages and attorney fees as provided in the Act, specifically, MCLA 445.911.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A.     Money damages in whatever amount above $25,000, Plaintiff is found to be entitled, plus interest, costs, exemplary damages and reasonable attorney fees;

B.     Equitable relief, including but not limited to, rescission or reformation of the subject contract and an order requiring Defendant Manufacturer to indemnify Plaintiff with respect to the lease contract covering the subject vehicle or, alternatively, repair of the subject vehicle, extension

14

18-015859-NZ    FILED IN MY OFFICE    Cathy M. Garrett    WAYNE COUNTY CLERK    12/14/2018 11:14 AM    Tashia Marshall

of the express and implied warranties, and service contracts which are or were applicable to the subject vehicle, in the event that Plaintiff is not found to be entitled to rescission; and

C.      Such other and further relief as this Court deems just.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial in the above entitled cause.

Respectfully submitted,

THE LIBLANG LAW FIRM, P.C.,

BY:/s/ Dani K. Liblang
    DANI K. LIBLANG (P33713)
    SUSAN M. MARTIN (P47459)
Attorneys for Plaintiff
346 Park Street, Suite 200
Birmingham, MI 48009
(248)540-9270
danil@lemonlawlawyers.com

DATED: December 14, 2018

15

18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall

EXHIBIT A

*(Left margin, vertical text):* 18-015659-NZ FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 12/14/2018 11:14 AM Tashia Marshall

# Michigan Department of State Application for Title and Registration
## Statement of Vehicle Sale

DEAL # 152901
CUST # 111608

For Department Use Only

Purchase Date **03/16/2018**   Stock Number **B2703**

Delivery Date **03/16/2018**   Base MSRP _____

Dealer: **METRO IMPORTS, INC.**

Street Address: **5850 STADIUM DR.**

City: **KALAMAZOO**

County: **Kalamazoo**   State: **MI**   ZIP Code: **49009**

Dealer License Number **A-000705**   Sales Tax License Number **E-TR-1986821**   Phone Number **(269)375-1000**

Vehicle Sold: ☒ New   ☐ Used   ☐ Demo   Trade-In ☐ Yes   ☒ No

Trade-In Year _____   Trade-In Make _____   Vehicle Identification Number (VIN) _____

| Plate Number | Plate Expiration Date: | | | Months | ☐ New Plate |
|---|---|---|---|---|---|
| | Month 12 | Day 12 | Year 2018 | | ☐ Renewal ☒ Transfer |

| Year 2018 | Make JAGUAR | Body Style SW | Plate Code | County Code |
|---|---|---|---|---|

Vehicle Identification Number (VIN) **SADCM2FV8JA286121**   Fee Category or Weight _____   License Plate Fee **337.00**

Driver's License or PID Number of All Owners or Lessees
1)   3)   Title Fee **15.00**

2)   County of Residence **KALAMAZOO**   Title Late Fee **N/A**

**Vehicle Registration to Transfer Plate** *(Expires 15 Days After Delivery Date)*

Plate Transferred From   Year   Make

Vehicle Identification Number (VIN)   Plate Number   Plate Expiration Date

### Vehicle History and Title Brand Disclosure
☐ Police Vehicle   ☐ Vehicle Has Been Flood Damaged
☐ Municipal Vehicle   ☐ Salvage Title Was Previously Issued
☐ Taxi

### Odometer Mileage Disclosure
The odometer mileage reading must match the mileage reading disclosed to the purchaser on the title or mileage statement.

| 0 | 0 | 0 | 0 | 3 | 8 | ☐ No Tenths | ☒ Actual Mileage | ☐ Exempt |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ☐ Not Actual Mileage | |

Dealer Installed Accessories When Optional to Purchaser:

Complete Names and Address of All Owners or Lessor
**JP MORGAN CHASE BANK NA**
**PO BOX 901098**
**FORT WORTH, TX FORT WORTH**

Complete Names and Address of All Lessees
**ANNE ANTOR** Lessee
**KALAMAZOO, MI 49006**

Michigan No-Fault Insurance Company
**AUTO-OWNERS**

Secured Interest: **JP MORGAN CHASE BANK NA**

Street Address: **PO BOX 901098**

City, State, ZIP: **FORT WORTH, TX 76101-2098**

| Sales Tax | N/A |
|---|---|
| Plate Transfer Fee | N/A |
| Total - Transfer to Line 5 | **352.00** |
| Full Rights to Survivor | ☐ Yes ☐ No |
| Policy or Binder Number | |
| Lien Filing Date: **03/16/2018** ELT UID: | |
| Mail Title Upon Lien Release ☐ | |

Remarks:

**TAX NUMBER 95-377-58**

**TAX ON DOWN PAYMENT        247.23**

**WILL KRUEGER**

| 1. Purchase Price of Vehicle (including Freight & Accessories) | **72360.00** |
|---|---|
| 2. Other Taxable Charges (Documentary, Service, Temp. Reg. Fees, etc) | **210.00** |
| 2a. Optional Electronic $24 Filing Fee | **24.00** |
| 3. Trade-In Sales Tax Credit | **N/A** |
| 4. Total Taxable Price (Line 1 + Line 2 + Line 2a - Line 3) | **72614.00** |
| 5. Sales Tax + Plate Fee + Title Fee (From Total Above) | **352.00** |
| 6. Non-Taxable Charges (Lease, Service Contract, etc.) | **N/A** |
| 7. Total Delivered Price (Line 1 + Line 2 + Line 2a + Line 6 + Line 5) | **72966.00** |
| 8. Cash on Deposit | **N/A** |
| 9. Cash Due on Delivery | **N/A** |
| 10. Trade-In | $ **N/A** |
| 11. Minus Lien | $ **N/A** |
| 12. Total Down Payment | **N/A** |
| 13. Unpaid Balance To Be Financed | **N/A** |
| 14. Insurance Premium Charge* | **N/A** |
| 15. Total Amount of Finance Contract | **N/A** |

*Warning: This Insurance is not PL/PD No-Fault Insurance required by Michigan law.
☐ Credit Life Insurance   ☐ Health & Accident Insurance
☐ Gap or Waiver

Recreation Passport? ☐ Yes ☐ No   Purchaser's or Lessee's Initial: _____

I certify this vehicle was delivered to the named purchaser or lessee on the delivery date indicated above, all information on this form is accurate and the vehicle is subject only to the secured interest listed on this form. I certify the dealership will apply for title and registration in the purchaser's name within 15 days of the delivery date.

X _____   **AGENT**
Signature of Dealer's Agent   Title

**ZEBULUN OLSEN**
Printed Name of Dealer's Agent

| 15-Day Temporary Registration Number | Temporary Fee Charged ☐ ☐ |
|---|---|
| Printed Name of Person Issuing Temporary Registration **ZEBULUN OLSEN** | Yes   No |

### Purchaser Warning: Do Not Sign a Blank Form
I am purchasing or leasing this vehicle and am applying for a Michigan certificate of title and registration or, if the lessee, applying for a registration. I certify that my driver's license is not suspended, revoked, or denied as a repeat offender and I am eligible to purchase or register this vehicle. I further certify that if a tax exemption is shown above it is valid.

X _____ 03/16/18   X _____ 03/16/18   X _____ 03/16/18
Purchaser or Lessor's Signature   Date   Co-Purchaser's Signature   Date   Co-Purchaser's Signature   Date

X _____ _____   X _____ _____   X _____ _____
Lessee's Signature   Date   Co-Lessee's Signature   Date   Co-Lessee's Signature   Date

Purchasers Note: If vehicle title is not received within 30 days, contact the Department of State Information Center at 888-767-6424.

67065*1*MET-R
Authority granted by P.A. 300 of 1949, as amended.

This form must be typed only (handwritten forms will not be accepted).
67065*1*MET-R

RD-108E (Rev. 01/01/17)

18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall

# EXHIBIT B

CUST# 111506
DEAL# 152901

# CLOSED-END MOTOR VEHICLE LEASE AGREEMENT
### Consumer Paper
[X] Monthly Payment Lease          [ ] Single Payment Lease
[ ] Electronic Execution

**1. PARTIES:**                                          Lease Date: 03/16/2018

| Lessor - Dealer Name | Address |
|---|---|
| METRO IMPORTS, INC. | 5850 STADIUM DR. KALAMAZOO, MI 49009 |

| Lessee - Name | Address |
|---|---|
| ANNE ANTOR | |

| Lessee - Name | Address |
|---|---|
| N/A | N/A |

Each Lessee signing this Lease ("you" or "your") agrees to lease from the Lessor named above the vehicle described in Section 2 (the "Vehicle") on the terms and conditions in this Lease Agreement ("Lease"). Lessor intends to assign its rights and interest under this Lease to JPMorgan Chase Bank, N. A. ("Chase"). As used in this Lease, the terms "us," "our" and "we" refer to the Lessor and, after assignment, to Chase or its successors and assigns.

**2. DESCRIPTION OF LEASED VEHICLE:**

| MODEL YEAR | MAKE | MODEL | BODY STYLE | COLOR | VEHICLE ID NO. | ODOMETER |
|---|---|---|---|---|---|---|
| 2018 | JAGUAR | F-PACE | SW | LOIRE BLUE | SADCM2FV9JA285121 | 38 |

[ ] If checked, the primary use of the Vehicle is business or commercial; otherwise, it is personal, family or household use.

**3. LEASE TERM.** The Lease Term is ____38____ months, beginning on the Lease Date (above) and ending on __06/15/2021__ (the "Maturity Date").

**4. DESCRIPTION OF TRADE-IN** (if applicable)

| MODEL YEAR | MAKE | MODEL | GROSS ALLOWANCE | AMOUNT OWED | NET TRADE-IN |
|---|---|---|---|---|---|
| N/A | N/A | N/A | $ N/A | $ N/A | $ N/A |

An "o" in this Lease indicates an estimate.

### Federal Consumer Leasing Act Disclosures

| 5. Amount Due at Lease Signing or Delivery: | 6. Lease Payments: | 7. Other Charges | 8. Total of Payments |
|---|---|---|---|
| (Itemized below)* | (a) Monthly Payment Lease: Your first Monthly Payment of $ __1032.21__ is due on __03/16/2018__, followed by __38__ payments of $ __1032.21__ due each following month. The total of your Monthly Payments is $ __40256.19__ | (not part of your Monthly Payment): Turn-in Fee (if you do not purchase the Vehicle from us): $ 300.00   Total: $ 300.00 | (The amount you will have paid by the end of the Lease) |
| $ __6000.00__ | (b) Single Payment Lease: Your Advance Single Payment of $ __N/A__ is due on __N/A__ . | | $ __45523.98__ |

### Itemization of Amount Due at Lease Signing or Delivery

**9. Amount Due at Lease Signing or Delivery:**

| | | |
|---|---|---|
| (a) Capitalized Cost Reduction | $ | 4120.52 |
| (b) First Monthly Payment | + $ | 1032.21 |
| (c) Advance Single Payment | + $ | N/A |
| (d) Refundable security deposit | + $ | N/A |
| (e) Initial title fees | + $ | 15.00 |
| (f) Initial registration fees | + $ | 337.00 |
| (g) Sales or use tax | + $ | 281.27 |
| (h) Acquisition Fee | + $ | N/A |
| (i) Dealer document processing fee | + $ | 210.00 |
| (j) Prior credit or lease balance | + $ | N/A |
| (k) CVR FILING FEE | + $ | 24.00 |
| (l) N/A | + $ | N/A |
| (m) N/A | + $ | N/A |
| (n) N/A | + $ | N/A |
| (o) N/A | + $ | N/A |
| (p) N/A | + $ | N/A |
| (q) N/A | + $ | N/A |
| (r) N/A | + $ | N/A |
| (s) N/A | + $ | N/A |
| (t) N/A | + $ | N/A |
| (u) N/A | + $ | N/A |
| (v) Total | = $ | 6000.00 |

**10. How the Amount Due at Lease Signing or Delivery will be paid:**

| | | |
|---|---|---|
| (a) Net trade-in allowance | $ | N/A |
| (b) Amount to be paid in cash | + $ | 6000.00 |
| (c) Rebates and noncash credits: | | |
| (1) Manufacturer Rebate(s) | + $ | 1000.00 |
| (2) N/A | + $ | N/A |
| (3) N/A | + $ | N/A |
| (4) N/A | + $ | N/A |
| (d) Total | = $ | 6000.00 |

Lessee Initials Here _____   Co-Lessee Initials Here ___N/A___

FORM NO. CAFL-MASTER-LZR/E-1000 (REV. 4/16)          Page 1 of 6

54246*1*MET-FI
© 2016 JPMorgan Chase Bank, N.A. Member FDIC
03/16/2018   04:59 pm

12/14/2018 11:14 AM   Tashia Marshall

WAYNE COUNTY CLERK   Cathy M. Garrett   FILED IN MY OFFICE

18-015859-NZ

**11. Your Lease payment is determined as shown below.**

(a) Gross capitalized cost. The agreed upon value of the Vehicle ($ 72380.00 ) and any items you pay for over the Lease Term (such as taxes, fees, service contracts, insurance, and any outstanding prior credit or lease balance) (See Section 16 below for an itemization of this amount) ........... $ 73175.00

(b) Capitalized cost reduction. The amount of any rebate, net trade-in allowance, noncash credit or cash you pay that reduces the gross capitalized cost ........... − $ 4120.52

(c) Adjusted capitalized cost. The amount used in calculating your base Monthly Payment. ........... = $ 69054.48

(d) Residual value. The value of the Vehicle at the end of the Lease used in calculating your base Monthly Payment. ........... − $ 32946.54

(e) Depreciation and any amortized amounts. The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease Term. ........... = $ 36107.94

(f) Rent charge. The amount charged in addition to the depreciation and any amortized amounts. ........... + $ 1869.48

(g) Total of base Monthly Payments. The depreciation and any amortized amounts plus the rent charge. ........... = $ 37977.42

(h) Lease Payments. The number of payments in your Lease. ........... ÷ 39

(i) Base Lease Payment (Monthly or Advance Single, as applicable) ........... = $ 973.78

(j) Sales/use tax ........... + $ 58.43

(k) Other: N/A ........... + $ N/A

(l) Total Lease Payment (Monthly or Advance Single, as applicable) ........... = $ 1032.21

Lease terms are negotiable with the dealer. The Lessor intends to assign this Lease Agreement and may retain a portion of the Total Lease Payments.

**12. Early Termination.** You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be.

**13. Excessive Wear and Use.** You may be charged for excessive wear based on our standards for normal use, and for mileage in excess of 16000 miles per year during the scheduled Lease Term at the rate of 30 cents per mile.

**14. Purchase Option at End of Lease Term.** You have an option to purchase the Vehicle at the end of the Lease Term for $ 32946.54 and a purchase option fee of $ 50.00 , for a total of $ 32996.54 . The purchase option fee does not include fees for tags, taxes or registration.

**15. Other Important Terms.** See the remainder of this Lease for additional information on early termination, purchase options and maintenance responsibilities, warranties, late and default charges, insurance, excess wear standards and any security interest, if applicable.

**16. ITEMIZATION OF GROSS CAPITALIZED COST.**

(a) Agreed upon value of the Vehicle ........... $ 72380.00
(b) Sales/use tax ........... + $ N/A
(c) Initial title, license and registration fees ........... + $ N/A
(d) Acquisition Fee ........... + $ 795.00
(e) Prior credit or lease balance ........... + $ N/A
(f) Dealer document processing fee ........... + $ N/A
(g) N/A ........... + $ N/A
(h) N/A ........... + $ N/A
(i) N/A ........... + $ N/A
(j) N/A ........... + $ N/A
(k) N/A ........... + $ N/A
(l) N/A ........... + $ N/A
(m) N/A ........... + $ N/A
(n) N/A ........... + $ N/A
(o) N/A ........... + $ N/A
(p) N/A ........... + $ N/A
(q) N/A ........... + $ N/A
(r) Gross Capitalized Cost ........... = $ 73175.00

**17. OFFICIAL FEES AND TAXES.** The total amount you will pay for official and license fees, registration, title, and taxes over the term of your Lease, whether included with your Monthly Payments (or Advance Single Payment, as applicable) or assessed otherwise is:
$ 3684.04
This amount is an estimate. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the Vehicle when a fee or tax is assessed.●

**18. WARRANTIES.** The Vehicle is subject to the manufacturer's standard new car warranty. The Vehicle is also subject to any other express warranties or guarantees disclosed here:
N/A
There are no warranties, guarantees or other rights provided to you by us or the Vehicle's manufacturer other than those disclosed in this Lease.
WE DISCLAIM ALL IMPLIED WARRANTIES, INCLUDING THE WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, EXCEPT WHERE PROHIBITED BY LAW.

**19. INSURANCE VERIFICATION.** The insurance required by Section 28 of this Lease is in force on the Lease Date as follows:
Insurance Co.● AUTO-OWNERS
Policy No.:
Agent's Name: THE NULTY AGENCY
Agent's Address: 5578 STADIUM DR        49009
Phone Number: 269/372-9200

● Arkansas: A SERVICE AND HANDLING FEE IS NOT AN OFFICIAL FEE. A SERVICE AND HANDLING FEE IS NOT REQUIRED BY LAW BUT MAY BE CHARGED TO THE CUSTOMER FOR PERFORMING SERVICES AND HANDLING DOCUMENTS RELATING TO THE CLOSING OF A SALE OR LEASE. THE SERVICE AND HANDLING FEE MAY RESULT IN PROFIT TO THE DEALER. THE SERVICE AND HANDLING FEE DOES NOT INCLUDE PAYMENT FOR THE PREPARATION OF LEGAL DOCUMENTS. THIS NOTICE IS REQUIRED BY LAW.

Lessee Initials Here _____ Co-Lessee Initials Here N/A
FORM NO. CAFL-MASTER-LZR/E-1000 (REV. 4/15)

Page 2 of 6

54248*1*MET-FI
© 2015 JPMorgan Chase Bank, N.A. Member FDIC
03/16/2018  04:56 pm

**20. OPTIONAL INSURANCE AND OTHER PRODUCTS.**
You are not required to buy any of the optional insurance products or other products listed below. You should carefully review the contracts that describe the details of any optional insurance products or other products you choose to buy. By signing this Lease, you have elected to purchase from the Lessor the following optional insurance products and other products:

| Type | Provider Name | Coverage Term/Coverage Amount | Premium/Charge* |
|---|---|---|---|
| ☐ Service Contract | N/A | N/A miles/ N/A months . . . . . . . . . . . . . . . . . . . . . | $ _____ N/A |
| ☐ Prepaid Maintenance Plan | N/A | N/A miles/ N/A months . . . . . . . . . . . . . . . . . . . . . | $ _____ N/A |
| ☐ Tire & Wheel Protection | N/A | N/A miles/ N/A months . . . . . . . . . . . . . . . . . . . . . | $ _____ N/A |
| N/A | N/A | N/A | $ _____ N/A |
| N/A | N/A | N/A | $ _____ N/A |
| N/A | N/A | N/A | $ _____ N/A |

You have purchased the optional products listed above for a total charge of: . . . . . . . . . . . . . . . . . . . . . . . $ _____ N/A

\* The Dealer may retain a portion of the premiums or other charges for the optional insurance products and other products listed above.

**21. HOW THIS LEASE MAY BE CHANGED.** This Lease contains the entire agreement for the Lease of the Vehicle. We may, in our sole discretion, agree orally to requests for extensions, deferrals, or due date changes, and confirm them electronically or in writing. We may, at our option, change any provision in this Lease by giving you at least 10 days' advance written or electronic notice of the proposed change, provided that the change is at least as favorable to you as the existing provision. No other changes to this Lease are effective unless they are in a written or electronic agreement signed by you and us.

Lessee's Signature: _____     Lessee's Signature: _____ N/A

### LESSEE(S) NOTICES AND SIGNATURES

**BY SIGNING THIS LEASE, YOU ACKNOWLEDGE THAT THIS LEASE CONTAINS AN "ARBITRATION PROVISION" HEREIN, THAT YOU HAVE READ THE AGREEMENT TO ARBITRATE DISPUTES AND AGREE TO ITS TERMS.**

Total Loss Early Termination Payoff Balance Notice: If there is a total loss, destruction or theft of the Vehicle, the early termination payoff balance (Adjusted Lease Balance) of the Vehicle as determined under Section 30 of this Lease may be different than the actual cash value of the Vehicle as determined by your insurer of the Vehicle. Section 31 provides that you will not be obligated to pay us this amount, unless, as of the date of such total loss, you do not have in effect a physical damage insurance policy as required by Section 26. By signing this Lease, you acknowledge that you have read this notice and understand its content. Michigan: Lessee must initial indicating you have read this notice and understand its content.

Lessee's Initial: _____     Lessee's Initial: _____ N/A

**NOTICE TO LESSEE(S): BY SIGNING THIS LEASE BELOW YOU ACKNOWLEDGE THAT: (1) EACH LESSEE ACCEPTS AND IS SEPARATELY LIABLE UNDER THE TERMS AND CONDITIONS OF THIS LEASE; AND (2) YOU HAVE READ ALL PAGES OF THIS LEASE (INCLUDING TERMS APPEARING AFTER YOUR SIGNATURE, ON ADDITIONAL PAGES OF THIS LEASE), UNDERSTAND ALL OF ITS TERMS, AND WERE PRESENTED A COMPLETELY FILLED IN COPY BEFORE SIGNING BELOW. BEFORE SIGNING, YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF THE LEASE YOU MAY KEEP. YOU ARE ALSO ENTITLED TO A COPY OF YOUR SIGNED LEASE.**

Lessee(s) agree to all terms and conditions of this Lease.

| | | | |
|---|---|---|---|
| X _____ N/A | _____ N/A | x _____ N/A | _____ N/A |
| Lessee Signs | Title (if a business) | Lessee Signs | Title (if a business) |

### LESSOR'S SIGNATURE AND ASSIGNMENT

By signing below, Lessor: (1) accepts all terms and conditions of this Lease; and then (2) assigns all of its rights under this Lease, as well as all title and interest in and to the Vehicle, to JPMorgan Chase Bank, N.A. ("Chase"), subject to the applicable dealer agreement between the Lessor and Chase; and (3) warrants to Chase that the insurance set forth in Section 19 is in place and complies with the requirements of this Lease.

X _____     Title: FI MANAGER     Date: 03/16/2018
Lessor-Dealer Signs

18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall

18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall

EXHIBIT C

18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall



18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall

## Summary of Warranties

The Jaguar warranties detailed in this booklet are issued by Jaguar Land Rover North America, LLC, the sole authorized distributor of Jaguar vehicles in the USA, Puerto Rico, and Guam and cover only vehicles originally specified and built by Jaguar Land Rover Limited for the United States, Puerto Rico, and Guam.

Jaguar warranties are in favor of the original purchaser and each subsequent owner during the respective warranty periods.

Jaguar Land Rover North America, LLC, will not cover the costs to modify the vehicle to meet legal requirements in another country. If you need to make modifications to your Jaguar vehicle in order to meet another country's legal requirements, Jaguar Land Rover North America, LLC, encourages you to have these modifications performed at an authorized Jaguar retailer.

Notwithstanding anything to the contrary in this Passport to Service, the warranties and benefits (including, but not limited to, the Roadside Assistance Program and service adjustments) detailed in this booklet are applicable only in the United States, Puerto Rico, Guam, and Canada, subject to all applicable exclusions or limitations. The Passport to Service will be voided and you will not be able to receive any warranty repairs or benefits contained in this booklet if your vehicle is exported to another country. This excludes any outstanding Retail campaign.

18-015859-NZ FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 12/14/2018 11:14 AM Tashia Marshall

## Summary of Warranties

A summary of Jaguar warranties applicable to 2018 Model Year vehicles follows.

### New Vehicle Limited Warranty

Bumper to bumper
 5 years / 60,000 miles
 (whichever occurs first)

Battery
 5 years / 60,000 miles
 (whichever occurs first)

Wear parts and service adjustments
 1 year / 12,500 miles
 (whichever occurs first)

Corrosion
 6 years / unlimited mileage

**NOTE:** Some states have mandated alternate coverage time periods for parts of your vehicle (e.g. seat belts).

### Emission Control System Warranties

**Federal**

Emission Design and Defect Warranty [1]
 2 years / 24,000 miles
 (whichever occurs first)

 – Certain emissions-related parts [2]
  8 years / 80,000 miles
  (whichever occurs first)

Emission Performance Warranty
 2 years / 24,000 miles
 (whichever occurs first)

 – Certain emissions-related parts [2]
  8 years / 80,000 miles
  (whichever occurs first)

**California** [4]

Emission Defect Warranty

 • Short-term Warranty [1]
  3 years / 50,000 miles
  (whichever occurs first)

 • Long-term Warranty [3]
  7 years / 70,000 miles
  (whichever occurs first)

Emission Performance Warranty
 3 years / 50,000 miles
 (whichever occurs first)

[1] Extended to 5 years / 60,000 miles (whichever occurs first) under the New Vehicle Limited Warranty Bumper-to-Bumper coverage.

[2] Specific components are listed in the section "Federal Emission Control System Warranties" of this handbook.

[3] Specific components are listed in the section "California Emission Control System Warranties" of this handbook.

[4] California Emission Control System Warranties are also applicable to vehicles registered in certain other states. Specific states and vehicle applicability are specified in the section "California Emission Control System Warranties" of this handbook.

18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall

# EXHIBIT D



CUSTOMER #: 111506
UNIT# B2703

793961

METRO TOYOTA/SCION, INC.
DE NOOYER JAGUAR
5850 STADIUM DRIVE
KALAMAZOO, MICHIGAN 49009
269-375-1000
www.metro-toyota.com

ANNE ANTOR

*INVOICE*

KALAMAZOO, MI 49006-4417
HOME:          CONT:
BUS:           CELL:

PAGE 1

Registration No. F-132581

SERVICE ADVISOR: 224 JEFF VANORSDOL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| LOIRE BLUE | 18 | JAGUAR F-PACE | SADCM2FV9JA295121 | | 2930/2930 | TG136 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 16MAR18 DD | | | 17:00 25MAY18 | | | CASH | 25MAY18 |

| R.O. OPENED | READY | OPTIONS: | STK:B2703 DLR:1 1)MULTISHIELD |
|---|---|---|---|
| 09:25 25MAY18 | 16:14 25MAY18 | | |

| LINE | OPCODE | TECH TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|
| A | TRAC RENTAL CAR/NO CHARGE TO CUSTOMER | | | | | | |

A TRAC RENTAL CAR/NO CHARGE TO CUSTOMER
   RC TRAC RENTAL CAR/NO CHARGE TO CUSTOMER
      7576 JABLONSKI,JOE LIC#: M184794
         CJ                                            0.00        0.00
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE A:       0.00
 2930 INFO
                 *****************************************************
B PHONE SHOWS CONNECTION BUT WILL NOT PAIR AT TIMES. SCREEN DARK AT
      TIMES OR ONLY HAS PARTIAL INFORMATION FOR SOURCES. SCREEN NOT
      FULLY LOADING. OWNER HAS I PHONE X SOFTWARE 11.3.1
   4 SUSPENSION & BRAKES
      7576 JABLONSKI,JOE LIC#: M184794
         CJ                                            0.00        0.00
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE B:       0.00
 2930 SEE LINE C
                 *****************************************************
C RADIO WILL SWITCH TO FM AT TIMES WITHOUT OWNER CHANGING SOURCE. WHEN
      PHONE CONNECTED TO USB THEN DISCONNECTED OWNER CONCERNED WILL
      NOT RETURN TO THE SAME SOURCE EACH TIME.MAY BE SAT OR FM, NOT
      THE SAME EACH TIME
CAUSE: .
   869999 DIAGNOSTIC ALLOWANCE
      7576 JABLONSKI,JOE LIC#: M184794
         WJ94                                                     (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE C:       0.00
 2930 INFOTAINMENT CONCERNS PERFORMED PATHFINDER SELF TEST AND FOUND
 NO INFOTAINMENT CODES. PERFORMED TSB JTB00593NAS3. UPDATED
 INFOTAINMENT MASTER CONTROLLER TO LATEST PHASE 3 SOFTWARE LEVEL.
                 *****************************************************
D PERFORM COURTESY MULTI-POINT INSPECTION
   99P PERFORM COURTESY MULTI-POINT INSPECTION
      7576 JABLONSKI,JOE LIC#: M184794
         CJ                                            0.00        0.00
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE D:       0.00

Shop Supplies - a charge is included for supplies used on your vehicle and for the disposal of any hazardous waste as a result of vehicle maintenance.

All parts and repairs listed are furnished in compliance with the Michigan Auto Repair Facilities Act.

REPAIRS PROPERLY COMPLETED & CHECKED BY:

AUTHORIZED REPRESENTITIVE

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS ADJUSTMENT | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER COPY

Tashia Marshall   12/14/2018 11:14 AM   WAYNE COUNTY CLERK   Cathy M. Garrett   FILED IN MY OFFICE   18-015859-NZ

CUSTOMER #: 111506
UNIT# B2703

793961

**METRO TOYOTA/SCION, INC.
DE NOOYER JAGUAR**
5850 STADIUM DRIVE
KALAMAZOO, MICHIGAN 49009
269-375-1000
www.metro-toyota.com

\*INVOICE\*

ANNE ANTOR

KALAMAZOO, MI 49006-4417
HOME:            CONT :
BUS :            CELL:

PAGE 2

JAGUAR   Registration No. F-132581

SERVICE ADVISOR: 224 JEFF VANORSDOL

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | | TAG |
|-------|------|------------|--|-----|---------|----------------|--|-----|
| LOIRE BLUE | 18 | JAGUAR F-PACE | | SADCM2FV9JA285121 | | 2930/2930 | | TG136 |

| DEL.DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 16MAR18 DD | | | 17:00 25MAY18 | | | CASH | 25MAY18 |

| R.O. OPENED | READY | OPTIONS: STK:B2703 DLR:1 1)MULTISHIELD |
|-------------|-------|------|
| 09:25 25MAY18 | 16:14 25MAY18 | |

LINE OPCODE TECH TYPE HOURS                          LIST       NET       TOTAL

2930 INSPECTED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*ASK ABOUT OUR LOW DAILY/WEEKLY RENTAL CAR

Shop Supplies - a charge is included for supplies used on your vehicle and for the disposal of any hazardous waste as a result of vehicle maintenance.

All parts and repairs listed were furnished in compliance with the Michigan Auto Repair P.A. 300

REPAIRS PROPERLY COMPLETED & CHECKED BY:

AUTHORIZED REPRESENTATIVE

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS ADJUSTMENT | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

**CUSTOMER COPY**

18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall

Tashia Marshall    12/14/2018 11:14 AM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    18-015859-NZ

**METRO TOYOTA/SCION, INC.**
**DE NOOYER JAGUAR**
5850 STADIUM DRIVE
KALAMAZOO, MICHIGAN 49009
269-375-1000
www.metro-toyota.com

CUSTOMER #: 111506
UNIT# B2703

**796472**

ANNE ANTOR

*INVOICE*

KALAMAZOO, MI 49006-4417
HOME:          CONT:
BUS:           CELL:

DUPLICATE 1
PAGE 1

**JAGUAR**    Registration No. F-132581

SERVICE ADVISOR: 224 JEFF VANORSDOL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| LOIRE BLUE | 18 | JAGUAR F-PACE | SADCM2FV9JA285121 | | 3862/3862 | T437 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 16MAR18 DD | | | 17:00 22JUN18 | | | CASH | 25JUN18 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 09:12 20JUN18 | 07:38 25JUN18 | STK:B2703 DLR:1 1)MULTISHIELD |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A TRAC RENTAL CAR/NO CHARGE TO CUSTOMER
  RC TRAC RENTAL CAR/NO CHARGE TO CUSTOMER
    7576 JABLONSKI,JOE LIC#: M184794
      CJ                                                    0.00        **0.00**
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00    TOTAL LINE A:        **0.00**
3862 INFO

    *************************************************

B CENTER DASH DISPLAY WILL GO BLANK WHEN DRIVING, WILL SHOW BACK UP
  CAMERA AND THEN STAY ON WHEN DRIVING DOWN ROAD FOR ENTIRE TRIP.
  WHEN DRIVING CENTER SCREEN HAS GONE BLANK AND RADIO WENT QUIET.
  WOULD NOT ACCEPT INPUT FROM SCREEN
CAUSE: B
  870150 INCONTROL TOUCH PRO - SOFTWARE UPDATE -
    PHASE 2.5 TO PHASE 3.0
    7576 JABLONSKI,JOE LIC#: M184794
      WJ94                                                       **(N/C)**
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00    TOTAL LINE B:        **0.00**
3862 INFOTAINMENT CONCERNS UPDATED INFOTAINMENT MASTER CONTROLLER
WITH LATEST SOFTWARE

    *************************************************

C EXHAUST ON PASS SIDE IS FURTHER BACK THAN DRIVER SIDE, STICKS OUT
  FROM BUMPER
CAUSE: SQUARE EXHAUST TIPS WITH REAR BUMPER
  301041 RE POSITION EXAHUST TO SIT SQUARE WITH
    REAR BUMPER
    7576 JABLONSKI,JOE LIC#: M184794
      WJ94                                                       **(N/C)**
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00    TOTAL LINE C:        **0.00**
3862 REAR MUFFLERS CROOKED ADJUSTED BOTH REAR MUFFLERS

    *************************************************

D** L REAR TIRE LOOSING AIR,CK FOR CAUSE AND ADVISE
  4 REPAIRED PUNCTURE
    7576 JABLONSKI,JOE LIC#: M184794
      CJ                                                    0.00        0.00

Shop Supplies - a charge is included for supplies used on your vehicle and for the disposal of any hazardous waste as a result of vehicle maintenance.

All parts and repairs listed were furnished in compliance with the Michigan Auto Repair P.A. 300

REPAIRS PROPERLY COMPLETED & CHECKED BY:

AUTHORIZED REPRESENTATIVE

BY:

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS ADJUSTMENT | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

**CUSTOMER COPY**

Tashia Marshall   12/14/2018 11:14 AM   WAYNE COUNTY CLERK   Cathy M. Garrett   FILED IN MY OFFICE   18-015859-NZ

CUSTOMER #: 111506
UNIT# B2703

ANNE ANTOR

KALAMAZOO, MI 49006-4417
HOME:          CONT:
BUS:           CELL:

796472

*INVOICE*

DUPLICATE 1
PAGE 2

**METRO TOYOTA/SCION, INC.**
**DE NOOYER JAGUAR**
5850 STADIUM DRIVE
KALAMAZOO, MICHIGAN 49009
269-375-1000
www.metro-toyota.com



Registration No. F-132581

SERVICE ADVISOR: 224 JEFF VANORSDOL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| LOIRE BLUE | 18 | JAGUAR F-PACE | SADCM2FV9JA285121 | | 3862/3862 | T437 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 16MAR18 DD | | | 17:00 22JUN18 | | | CASH | 25JUN18 |

R.O. OPENED          READY          OPTIONS:   STK:B2703 DLR:1 1)MULTISHIELD

09:12 20JUN18   07:38 25JUN18

| LINE | OPCODE | TECH | TYPE | HOURS | | | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|---|---|------|-----|-------|
| PARTS: | 0.00 | LABOR: | 0.00 | OTHER: | 0.00 | TOTAL LINE D: | | | | 0.00 |

3862 TIRE PUNCTURE REPAIRED SCREW PUNCTURE IN LEFT REAR TIRE
*********************************************
***ASK ABOUT OUR LOW DAILY/WEEKLY RENTAL CAR

Shop Supplies - a charge is included for supplies used
on your vehicle and for the disposal of any hazardous
waste as a result of vehicle maintenance.

All parts and repairs listed were furnished in
compliance with the Michigan Auto Repair P.A. 300

REPAIRS PROPERLY COMPLETED & CHECKED BY:

AUTHORIZED REPRESENTATIVE

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the
warranties with respect to the sale of this
item/items. The Seller hereby expressly disclaims all
warranties either express or implied, including any
implied warranty of merchantability or fitness for a
particular purpose. Seller neither assumes nor
authorizes any other person to assume for it any
liability in connection with the sale of this
item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS ADJUSTMENT | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

**CUSTOMER COPY**

**METRO TOYOTA/SCION, INC.**
**DE NOOYER JAGUAR**
5850 STADIUM DRIVE
KALAMAZOO, MICHIGAN 49009
269-375-1000
www.metro-toyota.com

CUSTOMER #: 111506
UNIT# B2703

799909

*INVOICE*

ANNE ANTOR

KALAMAZOO, MI 49006-4417          PAGE 1
HOME:
BUS:

JAGUAR   TOYOTA

Registration No. F-132581

SERVICE ADVISOR: 224 JEFF VANORSDOL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| LOIRE BLUE | 18 | JAGUAR F-PACE | SADCM2FV9JA285121 | | 5413/5413 | TG761 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 16MAR18 DD | | | 17:00 24JUL18 | | | CASH | 24JUL18 |

| R.O. OPENED | | READY | OPTIONS: | STK:B2703 DLR:1 1)MULTISHIELD |
|---|---|---|---|---|
| 09:22 24JUL18 | | 15:02 24JUL18 | | |

| LINE OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

A AT TIMES IF OWNER PLUGS PHONE INTO POWER, BT SOURCE WILL DROP FROM
      SCREEN AND NOT COME BACK AS AVAIL AFTER I PHONE REMOVED FROM
      POWER CORD
CAUSE: F
      810150  PERFORM SOFTWARE UPDATEE
              7576 JABLONSKI,JOE LIC#: M184794
              WJ94                                                    (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE A:        0.00
  5413 INFOTAINMENT SOFTWARE UPDATE UPDATED INFOTAINMENT SOFTWARE
  LEVEL TO LATEST LEVEL.
              ***********************************************
B TRAC RENTAL CAR/NO CHARGE TO CUSTOMER
      RC TRAC RENTAL CAR/NO CHARGE TO CUSTOMER
              7576 JABLONSKI,JOE LIC#: M184794
              CJ                                             0.00     0.00
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE B:        0.00
  5413 INFO
              ***********************************************
                              ***ASK ABOUT OUR LOW DAILY/WEEKLY RENTAL CAR

Shop Supplies - a charge is included for supplies used on your vehicle and for the disposal of any hazardous waste as a result of vehicle maintenance.

All parts and repair listed were furnished in compliance with the Michigan Auto Repair P.A. 300

REPAIRS PROPERLY COMPLETED & CHECKED BY:

AUTHORIZED REPRESENTATIVE

STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS ADJUSTMENT | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER COPY

18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall

18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall



Tashia Marshall 12/14/2018 11:14 AM WAYNE COUNTY CLERK Cathy M. Garrett FILED IN MY OFFICE 18-015859-NZ

**METRO TOYOTA/SCION, INC.**
**DE NOOYER JAGUAR**
5850 STADIUM DRIVE
KALAMAZOO, MICHIGAN 49009
269-375-1000
www.metro-toyota.com



Registration No. F-132581

CUSTOMER #: 111506
UNIT# B2703

**808459**

ANNE ANTOR

\*INVOICE\*

KALAMAZOO, MI 49006-4417
HOME:          CONT:
BUS:            CELL:

PAGE 1

SERVICE ADVISOR: 224 JEFF VANORSDOL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| LOIRE BLUE | 18 | JAGUAR F-PACE | SADCM2FV9JA285121 | | 9911/9961 | TG734 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|-----------|----------|----------|------|---------|-----------|
| 16MAR18 DD | | | 17:00 23OCT18 | | | CASH | 26OCT18 |

R.O. OPENED          READY
09:28 18OCT18   14:00 26OCT18

OPTIONS:   STK:B2703 DLR:1 1)MULTISHIELD

| LINE | OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|------|------------------------|------|-----|-------|

A LOANER VEHICLE HELD
    RC OWNER IN LOANER VEHICLE
        7576 JABLONSKI,JOE LIC#: M184794
            CJ                                    0.00      0.00
PARTS: 0.00  LABOR:  0.00  OTHER:   0.00   TOTAL LINE A:   0.00
9961 INFO
************************************************************
B INSPECT VEHICLE FOR CUSTOMER DESCRIBED CONCERNS AND OPEN TA CASE WITH
    REFERENCE TO JOE GRANADO FOR FINAL REPAIR ATTEMPT
        J1 INSPECT, SEE OTHER REPAIR LINES
            7576 JABLONSKI,JOE LIC#: M184794
                CJ                                    0.00      0.00
PARTS: 0.00  LABOR:  0.00  OTHER:   0.00   TOTAL LINE B:   0.00
9961 INFO
************************************************************
C CUSTOMER NOTES WHILE DRIVING RADIO HAS SWITCHED FROM XM TO FM WITHOUT
    ANY INPUT TO SCREEN OR STEERING WHEEL CONTROLS
CAUSE: TESTING AND DRIVE TIME REQUIRED BY TA CASE 2640906 TO DIAGNOSE
    CONDITION OF CAR AND TO VERIFY PROGRESS OF DIAGNOSIS
        865000 SHOP TIME FOR DRIVE TIME AND DIAGNOSTIC
            PROCEDURES REQUIRED BY JAGUAR HOTLINE
                HOTLINE CASE 2640906 FRED AUTH 1038679 GIVEN
                IN TA
            7576 JABLONSKI,JOE LIC#: M184794
                WG94

*Sirius ID # 7X3AK48M (N/C)*

    FC: 04
    PART#: T2H31953
    COUNT: 0
    CLAIM TYPE: 01
    AUTH CODE:
    VW*JY4
PARTS:  0.00  LABOR:   0.00  OTHER:   0.00   TOTAL LINE C:   0.00
9961 INFOTAINMENT CONCERNS TA CASE NUMBER 2640906. UPDATED IMC
SOFTWARE PER TECH LINE RECOMMENDATION. PAIRED AN APPLE X PHONE TO

Shop Supplies - a charge is included for supplies used on your vehicle and for the disposal of any hazardous waste as a result of vehicle maintenance.

All parts and repairs listed were furnished in compliance with the Michigan Auto Repair P.A. 300

REPAIRS PROPERLY COMPLETED & CHECKED BY:

AUTHORIZED REPRESENTATIVE

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS ADJUSTMENT | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

**CUSTOMER COPY**

Tashia Marshall

12/14/2018 11:14 AM

Cathy M. Garrett  WAYNE COUNTY CLERK

FILED IN MY OFFICE

18-015859-NZ

**METRO TOYOTA/SCION, INC.**
**DE NOOYER JAGUAR**
5850 STADIUM DRIVE
KALAMAZOO, MICHIGAN 49009
269-375-1000
www.metro-toyota.com

Registration No. F-132581

CUSTOMER #: 111506                    808459
UNIT# B2703
                                    *INVOICE*
ANNE ANTOR

KALAMAZOO, MI 49006-4417              PAGE 2
HOME:              CONT:
BUS:               CELL:
                   SERVICE ADVISOR: 224 JEFF VANORSDOL

| COLOR | YEAR | MAKE | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------|-----|---------|----------------|-----|
| LOIRE BLUE | 18 | JAGUAR F-PACE | SADCM2FV9JA285121 | | 9911/9961 | TG734 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 16MAR18 DD | | | 17:00 23OCT18 | | | CASH | 26OCT18 |

| R.O. OPENED | READY | OPTIONS: STK:B2703 DLR:1 1)MULTISHIELD |
|-------------|-------|----------------------------------------|
| 09:28 18OCT18 | 14:00 26OCT18 | |

LINE OPCODE TECH TYPE HOURS                    LIST      NET      TOTAL
VEHICLE AND TEST DROVE EXTENSIVELY. I COULD NOT VERIFY ANY OF CUSTOMERS
CONCERNS AT THIS TIME. CHANGED MUSIC FROM BOTH THE PHONE AND
TOUCHSCREEN AND COULD FIND NO FAULTS. REPLACED IMC PER TECH LINE, SEE
LINE G.
     **************************************************************
D AT TIMES OWNER HAS NOTED XM RADIO WILL PLAY WHEN DASH DISPLAY SHOWS
     USB AS INPUT. WILL DROP PHONE BLUETOOTH INPUT DURING PODCAST
     J3 SEE OTHER REPAIR LINES
        7576 JABLONSKI,JOE LIC#: M184794
                    CJ                                   0.00      0.00
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE D:     0.00
9961 SEE LINE C
     **************************************************************
E H070 ADAPTIVE DYNAMIC WARNING UPDATE
CAUSE: PROGRAM MODULE FOR UPDATE
     869847 CHASSIS CONTROL MODULE - CONFIGURE
        EXISTING MODULE
        7576 JABLONSKI,JOE LIC#: M184794
                    W392                                       (N/C)
     FC: PART#: COUNT:
     CLAIM TYPE: 01
     AUTH CODE:
     H070B*
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE E:     0.00
9961 H070B UPDATED SOFTWARE IN CHASSIS CONTROL MODULE
     **************************************************************
F AT TIMES OWNER NOTES FRONT PARK SENSORS NOT LIVE WHEN BACKING UP
     J3 SEE REPAIR NOTES BELOW
        7576 JABLONSKI,JOE LIC#: M184794
                    CJ                                   0.00      0.00
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE F:     0.00
9961 CNV COULD NOT VERIFY CONCERN AT THIS TIME
     **************************************************************
G** REPLACE IMC PER TA CASE RECOMEDATIONS

Shop Supplies - a charge is included for supplies used
on your vehicle and for the disposal of any hazardous
waste as a result of vehicle maintenance.

All parts and repairs listed were furnished in
compliance with the Michigan Auto Repair P.A. 300

REPAIRS PROPERLY COMPLETED & CHECKED BY:

AUTHORIZED REPRESENTITIVE

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the
warranties with respect to the sale of this
item/items. The Seller hereby expressly disclaims all
warranties either express or implied, including any
implied warranty of merchantability or fitness for a
particular purpose. Seller neither assumes nor
authorizes any other person to assume for it any
liability in connection with the sale of this
item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS ADJUSTMENT | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER COPY

Tashia Marshall   12/14/2018 11:14 AM   WAYNE COUNTY CLERK   Cathy M. Garrett   FILED IN MY OFFICE   18-015859-NZ

**METRO TOYOTA/SCION, INC.**
**DE NOOYER JAGUAR**
5850 STADIUM DRIVE
KALAMAZOO, MICHIGAN 49009
269-375-1000
www.metro-toyota.com

CUSTOMER #: 111506
UNIT# B2703

ANNE ANTOR

KALAMAZOO, MI 49006-4417
HOME:                      CONT:
BUS:                       CELL:

**808459**

*INVOICE*

PAGE 3

JAGUAR

Registration No. F-132581

SERVICE ADVISOR: 224 JEFF VANORSDOL

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| LOIRE BLUE | 18 | JAGUAR F-PACE | SADCM2FV9JA285121 | | 9911/9961 | TG734 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 16MAR18 DD | | | 17:00 23OCT18 | | | CASH | 26OCT18 |

| R.O. OPENED | READY | OPTIONS: | STK:B2703 DLR:1 1)MULTISHIELD |
|-------------|-------|----------|-------------------------------|
| 09:28 18OCT18 | 14:00 26OCT18 | | |

LINE OPCODE TECH TYPE HOURS                          LIST        NET      TOTAL
CAUSE: TA CASE 2640906 REPLACED AND CONFIGURED INFOTAINMENT CONTROL
       MODULE FRED AUTH 1038679.
     865003 AUDIO UNIT - REPLACE
          7576 JABLONSKI,JOE LIC#: M184794
               WJ94                                                       (N/C)
          1 T2H31953 MODULE-INFORMATI                                     (N/C)
     86984402 INCONTROL TOUCH PRO - WITH RSE -
          CONFIGURE IMC AND ISC
          7576 JABLONSKI,JOE LIC#: M184794
               WJ94                                                       (N/C)
     FC: 04
     PART#: T2H31953
     COUNT: 1
     CLAIM TYPE:    01
     AUTH CODE:
     VW*JY4
PARTS:   0.00   LABOR:     0.00   OTHER:     0.00   TOTAL LINE G:         0.00
9961 INFOTAINMENT MASTER CONTROLLER REPLACED INFOTAINMENT MASTER
CONTROLLER PER TECHNICAL HELP LINE RECOMMENDATION. PROGRAMMED WITH THE
LATEST SOFTWARE. TEST DROVE AFTER REPAIR. TA CASE NUMBER 2640906, FRED
NUMBER 1038679, FRED APPROVAL NUMBER 701AR.
************************************************************
                                    ***ASK ABOUT OUR LOW DAILY/WEEKLY RENTAL CAR

Shop Supplies - a charge is included for supplies used on your vehicle and for the disposal of any hazardous waste as a result of vehicle maintenance.

All parts and repairs listed were furnished in compliance with the Michigan Auto Repair P.A. 300

REPAIRS PROPERLY COMPLETED & CHECKED BY:

AUTHORIZED REPRESENTATIVE

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS ADJUSTMENT | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER COPY

18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall

# Jaguar Multi-Point Inspection Report

The Jaguar Multi-Point Inspection is a series of thorough vehicle "health checks" and visual examinations performed by our factory-trained technicians. The focus of this complimentary service is to ensure that your Jaguar vehicle continues to perform at an optimum level, as well as to help minimize your chances of being inconvenienced while on the road.
In the event that additional service is recommended on a listed item, your Service Advisor will be happy to speak with you about service options.



| ANTOR | | | | 2018 F-PACE | | 3.0SC |
|---|---|---|---|---|---|---|
| Customer Name | | | | Year/Model | | Engine Size |
| 808459 | | 9961 | | 285121 | | 10/26/18 |
| RO/Tag | | Mileage | | VIN | | Date |

### May Require Future Attention

| OK | FILL | | OK | FILL | |
|---|---|---|---|---|---|
| ☒ | ☒ | Engine Oil | ☒ | ☒ | Brake Reservoir |
| ☒ | ☒ | Windshield Washer | ☒ | ☒ | Headlamp Washer |
| ☒ | ☒ | Power Steering | ☒ | ☒ | Coolant Recovery Reservoir |
| ☒ | ☒ | Transmission (if equipped w/ dipstick) | | | |

| | | |
|---|---|---|
| ● | ● | Operation of horn, interior lights, exterior lamps, turn signals, hazard and brake lamps |
| ● | ● | Visually inspect headlamp alignment |
| ● | ● | Windshield washer spray, wiper operation and wiper blades |
| ● | ● | Windshield cracks and/or chips |
| ● | ● | Heating, ventilation and air conditioning check |
| ● | ● | Engine air cleaner filter |
| ● | ● | Oil and/or fluid leaks |
| ● | ● | Constant velocity (CV) drive axle boots (if equipped) |
| ● | ● | Exhaust system (leaks, damage, loose parts) |
| ● | ● | Steering and steering linkages |
| ● | ● | Shocks/struts, air suspension and other suspension components for leaks and/or damage |
| ● | ● | Brake system (including lines, hoses and parking brake) |
| ● | ● | Engine cooling system, hoses and clamps |
| ● | ● | Radiator, heater and air conditioning hoses for leaks / damage |
| ● | ● | Accessory drive belt(s) |
| ● | ● | Clutch operation (if equipped) |
| ● | ● | Floor mats |
| ● | ● | Extended Service Contract Offered |
| ● | ● | Navigation map update required |
| ● | ● | State inspection due (if applicable) ___ / ___ / ___ Month Day Year |
| ● | ● | Your last completed maintenance ___ / ___ / ___ Mileage Month Year |
| ● | ● | Your next factory scheduled maintenance is due at ___ / ___ / ___ Mileage Month Year |

Comments:

Service Advisor: 224

Technician: 7576

Customer Signature: _____

8534 08/13

---

● Good      ◔ Recharge      ● Bad

RF ●  :  ●                                    RR ●  ◦  ●

LF ●  ●                                       LR ●  ●

Comments:

**TREAD DEPTH**

| LF | | RF |
|---|---|---|
| ● | 7/32" or Greater | 7/32" or Greater ● |
| ● | 4/32" to 6/32" | 4/32" to 6/32" ● |
| ● | 3/32" or Less | 3/32" or Less ● |
| ● | 7/32" or Greater | 7/32" or Greater ● |
| ● | 4/32" to 6/32" | 4/32" to 6/32" ● |
| ● | 3/32" or Less | 3/32" or Less ● |
| LR | | RR |

Comments:

*Brake/tire replacement will be required prior to the next 10,000 mile scheduled maintenance service.

18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall

EXHIBIT E

Tashia Marshall    12/14/2018 11:14 AM    WAYNE COUNTY CLERK    Cathy M. Garrett    FILED IN MY OFFICE    18-015859-NZ

# THE LIBLANG LAW FIRM, PC

*Attorneys and Counselors At Law*

**Attorneys**
Dani K. Liblang
Susan M. Martin
Alan L. Latham
Eric J. Liblang

**Of Counsel**
Terry J. Adler
— ◇ —
**Legal Assistants**
Eileen A. Wheeler
Krista E. Muskovin
Stephanie D. Ahmad
Renae Polsinelli

August 29, 2018

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Jaguar land Rover North America, LLC
100 Jaguar Land Rover Way
Mahwah, NJ 07495

Re:   Customer:        Anne Antor
      Vehicle:         2018 Jaguar SW
      VIN No.:         SADCM2FV9JA285121
      Delivery Date:   03/16/2018
      Selling Dealer:  Metro Imports, Inc.

Dear Sir or Madam:

We have been retained by Ms. Anne Antor with respect to the problems that she has been experiencing with the above referenced vehicle. I am writing pursuant to MCL 257.1401, *et seq*, to request a final repair attempt on Ms. Anne Antor's behalf.

Your records should reflect that this the vehicle has been serviced more than three times for various electrical/operating system problems. These problems substantially impair the use and value of the vehicle to my client.

Under MCLA 257.1403(5)(a), we are requesting that the above problem be fully repaired within five (5) business days of delivery of the vehicle to the repair facility. Please note in selecting a reasonably accessible repair facility that Ms. Anne Antor is a resident of Kalamazoo, Michigan.

We are also requesting, pursuant to MCL 440.2609, that you provide Ms. Anne Antor with adequate assurance of performance in writing, including assurance that the vehicle has been permanently and satisfactorily repaired, and that in the event that it has not been permanently and satisfactorily repaired, Ms. Anne Antor will be offered a refund and cancellation of the contract or, alternatively, a comparable non-

346 Park Street, Birmingham, Michigan 48009
Telephone: 248-540-9270 ◇ Fax: 248-433-1989
www.lemonlawlawyers.com



*THE LIBLANG LAW FIRM, PC*

*Attorneys and Counselors At Law*

defective replacement vehicle under the existing lease at no additional cost, within the time periods prescribed under the Lemon Law. We are also requesting that you include in this assurance a provision that Ms. Anne Antor will be provided with a comparable loaner vehicle until the repairs have been completed.

Thank you for your time and consideration.

Very truly yours,

/S/

Dani K. Liblang

DKL/sda

cc:    Ms. Anne Antor

*346 Park Street, Birmingham, Michigan 48009*
*Telephone: 248-540-9270 ◊ Fax: 248-433-1989*
*www.lemonlawlawyers.com*



18-015859-NZ   FILED IN MY OFFICE   Cathy M. Garrett   WAYNE COUNTY CLERK   12/14/2018 11:14 AM   Tashia Marshall