UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Anne Antor,

                      Plaintiff(s),

v.                                                 Case No. 2:19−cv−10557−LJM−MKM
                                                  Hon. Laurie J. Michelson

Jaguar Land Rover North
America, LLC,

                      Defendant(s),

## NOTICE OF REMAND

TO:  Wayne County Circuit Court

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time−stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Boulevard, 5th Floor
        Detroit, Michigan  48226
        (313) 234−5005

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                        DAVID J. WEAVER, CLERK OF COURT

                                                        By: s/S. Schoenherr
                                                             Deputy Clerk

Dated:   July 9, 2019